FILED IN OPEN COURT
4-29-15
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

YAMIL SANCHEZ

Case No.     3:15-cr-56-J-32PDB
Cts. 1-3:    18 U.S.C. § 1708
Forfeitures: 18 USC § 981(a)(1)(c)
             28 USC § 2461

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

In or about May, 2014, in Jacksonville, in the Middle District of Florida,

YAMIL SANCHEZ,

the defendant herein, who was then an employee of Cargo Force, which was a contractor for the United States Postal Service, did knowingly and willfully steal and take from and out of the mail at the Cargo Force facility located at 1420 Vantage Way, Jacksonville, Florida, a package containing a Dell laptop computer.

In violation of Title 18, United States Code, Section 1708.

## COUNT TWO

In or about May, 2014, in Jacksonville, in the Middle District of Florida,

YAMIL SANCHEZ,

the defendant herein, who was then an employee of Cargo Force, which was a contractor for the United States Postal Service, did knowingly and willfully steal and take from and out of the mail at the Cargo Force facility located at 1420 Vantage Way, Jacksonville, Florida, a package containing a Bear Archery compound bow.

In violation of Title 18, United States Code, Section 1708.

## COUNT THREE

On or about July, 2014, in Jacksonville, in the Middle District of Florida,

YAMIL SANCHEZ,

the defendant herein, who was then an employee of Cargo Force, which was a contractor for the United States Postal Service, did knowingly and willfully steal and take from and out of the mail at the Cargo Force facility located at 1420 Vantage Way, Jacksonville, Florida, a package containing a set of Callaway golf clubs.

In violation of Title 18, United States Code, Section 1708.

## FORFEITURES

1.  The allegations contained in Counts One through Three of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of a violation of Title 18, United States Code, Section 1708, the defendant, YAMIL SANCHEZ, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*Susanna Vance*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

YAMIL SANCHEZ

## INDICTMENT

Violations:

18 U.S.C. § 1708

A true bill,

*Susanna Vance*

Foreperson

Filed in open court this 29th day of April, 2015.

_____
Clerk

Bail   $ _____